Earl Fletcher Jackson, Eastern District of Arkansas, Little Rock, AR, for Appellee.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Federal inmate Larry Painter appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition challenging a 1981 Missouri escape conviction, which was used to enhance the federal sentence he is currently serving for firearm-possession offenses. The district court correctly found that it was without jurisdiction to consider the petition, as Painter is no longer "in custody" on the state conviction. *See Maleng v. Cook*, 490 U.S. 488, 492–93, 109 S.Ct. 1923, 104 L.Ed.2d 540 (1989) (per curiam) (habeas petitioner is no longer in custody after sentence has fully expired, even if prior conviction is used to enhance subsequent conviction); *Love v. Tippy*, 128 F.3d 1258, 1258–59 (8th Cir.1997) (per curiam) (petitioner who completed serving state sentence before federal conviction is no longer in custody under state conviction).

Accordingly, the judgment is affirmed.

Gregory HONEYCUTT, Appellant,

v.

Judge Phillip FOSTER, of the Ouachita County District Court, Camden, State of Arkansas, in his individual and official capacities, Appellee.

No. 08–1048.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 3, 2009.

Filed: Aug. 18, 2009.

William C. Plouffe, Jr., El Dorado, AR, for Appellant.

Jason E. Owens, Rainwater & Holt, Little Rock, AR, for Appellee.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Gregory Honeycutt appeals the district court's[1] dismissal of his civil action. After careful de novo review, *see Redwood Vill. P'ship v. Graham*, 26 F.3d 839, 840 (8th Cir.1994) (applying a de novo standard of review), we find no basis for reversal. We affirm. See 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.